FLORENCE W. BRILL et al., Suing for Themselves and All Other Stockholders of 551 Fifth Avenue, Inc., Similarly Situated, Appellants; CERTIFICATE ASSOCIATES, INC., et al., Intervenors-Respondents, and PHOEBE C. KLEIN et al., Respondents, *v.* CHARLES N. BLAKELEY et al., Appellants.

Argued March 2, 1955; decided April 28, 1955.

*George E. Netter, A. Joseph Geist, William Netter* and *Milton Waxenfeld* for Florence W. Brill and others, appellants.

*Simon H. Rifkind, Paul J. Newlon* and *Jay H. Topkis* for Fred F. French Investing Co., Inc., appellant.

*Max J. Rubin* and *Abraham Levin* for Charles N. Blakeley and others, appellants.

*Stephen S. Bernstein* for respondents.

*David Regosin* for Kurt E. Fontheim, intervenor-respondent.

Order affirmed, with costs. First question certified answered in the negative; third question certified answered in the affirmative; second question certified not answered. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.